IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:09-CR-18-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANGELO PATTERSON, | ) | |
| | ) | |
| Defendant. | ) | |

On May 4, 2010, Angelo Patterson filed a motion for relief from judgment [D.E. 45]. The United States responded in opposition [D.E.46] and Patterson replied [D.E. 47]. On June 23, 2010, Patterson filed a motion to correct a clerical error in the judgment [D.E. 48]. On July 13, 2010, the United States filed a response in opposition [D.E. 49].

Patterson's motions lack merit for the reasons outlined in the government's responses. As explained in the government's response to Patterson's motion to correct a clerical error, Patterson has received credit for the funds seized from him on January 14, 2009. Moreover, as explained in the government's response to Patterson's motion for relief from judgment, the record in this case does not support any ground fo relief under Rule 60(b) of the Federal Rules of Civil Procedure. Thus, the court DENIES Patterson's motion for relief from judgment [D.E. 45] and DENIES Patterson's motion to correct a clerical error [D.E. 48] as moot.

SO ORDERED. This 14 day of July 2010.

JAMES C. DEVER III
United States District Judge