UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-18-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELO PATTERSON | ORDER TO SEAL |

On motion of the Defendant, Angelo Patterson, and for good cause shown, it is hereby ORDERED that the [DE 63] be sealed until further notice by this Court.

SO ORDERED. This **21** day of June 2016.

JAMES C. DEVER III
Chief United States District Judge