UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-18-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANGELO PATTERSON | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 66, the attached exhibits, and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

SO ORDERED. This **21** day of June 2016.

JAMES C. DEVER III
Chief United States District Judge